1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 CECIL SHAW,                        ) No.  1:14-cv-00849-GSA
                                      )
12           Plaintiff,                ) **STIPULATION FOR FILING OF FIRST**
                                      ) **AMENDED COMPLAINT; ORDER**
13      vs.                           ) **THEREON**
                                      )
14 BLACK BEAR DINER-TULARE L.P. dba   )
   BLACK BEAR DINER, et al.,          )
15                                    )
             Defendants.              )
16                                    )
                                      )
17                                    )

18

19     IT IS HEREBY STIPULATED by and between the parties hereto through their

20 respective attorneys of record that Plaintiff may file a First Amended Complaint, a redlined

21 copy of which is attached hereto as Exhibit "A." If and when this Court issues an order

22 granting this Stipulation, Plaintiff will file and serve within five (5) days a non-redlined

23 version of the First Amended Complaint.

24     IT IS FURTHER STIPULATED that Defendants waive notice and service of the First

25 Amended Complaint and shall not be required to answer the amendment, but each has the

26 option to either 1) file a responsive pleading (within fourteen (14) days of the First Amended

27 Complaint being filed), or 2) elect to treat all of that party's denials, responses, and affirmative

28 defenses contained in the applicable Answer filed herein as responsive to the First Amended

1 Complaint.

2    IT IS FURTHER STIPULATED that the amendment will not modify any date or
3 deadline fixed by the Court's Scheduling Conference Order dated September 29, 2014 (Dkt.
4 14) pursuant to Fed. R. Civ. P. 16(b)(4);

5    **IT IS SO STIPULATED**.

7 Dated:  November 20, 2014                    MOORE LAW FIRM, P.C.

8                                              */s/ Tanya E. Moore*
9                                              Tanya E. Moore
                                               Attorneys for Plaintiff,
10                                             Cecil Shaw

11                                             MULLEN & HENZELL L.L.P.

13                                             */s/ Rafael Gonzalez*
14                                             Rafael Gonzalez
                                               Attorneys for Defendants,
15                                             Black Bear Diner-Tulare L.P. dba Black Bear
                                               Diner, Roger Elmerick, and Christine Elmerick

STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER THEREON

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.  If a Defendant does not file a responsive pleading within that period, all of that party's denials, responses, and affirmative defenses contained in the applicable Answer filed herein shall be deemed as responsive to the First Amended Complaint.  In the event that any Defendant elects not to file an updated responsive pleading to the First Amended Complaint, within fourteen (14) days after the filing of the First Amended Complaint, that party shall file a notice indicating that its previously-filed Answer to the initial complaint shall also serve as its response to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **November 21, 2014**                        **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE