Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>                Plaintiff,<br><br>        vs.<br><br>BLACK BEAR DINER-TULARE L.P. dba<br>BLACK BEAR DINER, et al.,<br><br>                Defendants. | No.  1:14-cv-00849-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Black Bear Diner-Tulare, L.P. dba Black Bear Diner, Roger Elmerick, and Christine Elmerick, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: January 23, 2015          MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Cecil Shaw

MULLEN & HENZELL L.L.P.

*/s/ Rafael Gonzalez*
Rafael Gonzalez
Attorneys for Defendants
Black Bear Diner-Tulare, L.P. dba Black Bear Diner, Roger Elmerick, and Christine Elmerick

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **January 26, 2015**            **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE